No. 91–1958. HELLING ET AL. *v.* MCKINNEY. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 91–5397. NEGONSOTT *v.* SAMUELS, WARDEN, ET AL. C. A. 10th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 90–1362. WILSON *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied.

No. 90–1448. ROBERTS *v.* MADIGAN ET AL. C. A. 10th Cir. Certiorari denied.

No. 90–1573. VILLAGE OF CRESTWOOD, ILLINOIS, ET AL. *v.* DOE. C. A. 7th Cir. Certiorari denied.

No. 90–8443. REDD *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 91–141. CITY OF ROLLING MEADOWS ET AL. *v.* KUHN ET AL. C. A. 7th Cir. Certiorari denied.

No. 91–284. BARGER *v.* PETROLEUM HELICOPTERS, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 91–286. BISHOP *v.* DELCHAMPS ET AL. C. A. 11th Cir. Certiorari denied.

No. 91–468. CHABAD-LUBAVITCH OF VERMONT ET AL. *v.* CITY OF BURLINGTON, VERMONT, ET AL. C. A. 2d Cir. Certiorari denied.

No. 91–477. MORONGO UNIFIED SCHOOL DISTRICT ET AL. *v.* SANDS ET AL. Sup. Ct. Cal. Certiorari denied.